IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SAIM SARWAR, | * | |
| Plaintiffs | * | Case No: 1:20-cv-2668-SAG |
| v. | * | |
| LAVALE HOSPITALITY, LLC | * | |
| Defendant | * | |
| | * | |

**ANSWER OF LAVALE HOSPILITY, LLC TO COMPLAINT**

Lavale Hospitality, LLC, Defendant by Peter A. Prevas, its attorney in answer to the Complaint filed against it states:

1. Defendant is without sufficient knowledge to admit or deny the allegations contained in paragraph 1 of the Complaint and therefore denies the allegations.

2. Defendant is without sufficient knowledge to admit or deny the allegations contained in paragraph 1 of the Complaint and therefore denies the allegations.

3. Defendant admits the allegations contained in paragraph 3 of the Complaint.

4. Defendant admits the allegations contained in paragraph 4 of the Complaint.

5. Defendant admits the allegations contained in paragraph 5 of the Complaint.

6. Defendant admits the allegations contained in paragraph 6 of the Complaint.

7. Defendant admits the allegations contained in paragraph 7 of the Complaint.

8. Defendant admits the allegations contained in paragraph 8 of the Complaint.

9. Defendant denies the allegations contained in paragraph 9 of the Complaint.

10. Defendant is without sufficient knowledge to admit or deny the allegations contained in paragraph 10 of the Complaint and therefore denies the allegations.

11. Defendant is without sufficient knowledge to admit or deny the allegations contained in paragraph 11 of the Complaint and therefore denies the allegations.

12. Defendant is without sufficient knowledge to admit or deny the allegations contained in paragraph 12 of the Complaint and therefore denies the allegations.

13. Defendant denies the allegations contained in paragraph 13 of the Complaint.

14. Defendant denies the allegations contained in paragraph 14 of the Complaint.

15. Defendant denies the allegations contained in paragraph 15 of the Complaint.

16. Defendant denies the allegations contained in paragraph 16 of the Complaint.

17. Defendant denies the allegations contained in paragraph 17 of the Complaint.

18. Defendant denies the allegations contained in paragraph 18 of the Complaint.

19. Defendant denies the allegations contained in paragraph 19 of the Complaint.

20. Defendant denies the allegations contained in paragraph 20 of the Complaint.

<u>FIRST AFFIRMATIVE DEFENSE</u>

21. That the Complaint fails to state a claim upon which relief can be granted in that the Plaintiff has no intention of visiting Defendant's premises, the Complaint raises a hypothetical issue and not an actual case or controversy. Additionally, the Complaint fails to state a claim for mandatory injunctive relief against this Defendant since it has no power or control to modify third parties' websites.

<u>SECOND AFFIRMATIVE DEFENSE</u>

22. The Complaint is barred by the applicable statute(s) of limitations.

## FIRST NEGATIVE DEFENSE

23. That the Plaintiff fails to join all necessary parties required to adjudicate all claims and relief.

WHEREFORE, Defendant, requests that the Complaint be dismissed with costs assessed to the Plaintiff.

/s/  PETER A. PREVAS
Bar No: 11564
Prevas and Prevas
American Building, Suite 702
231 East Baltimore Street
Baltimore, MD 21202
410-752-234-ph
410-332-0474-fax
prevasandprevas@verizon.net
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of November, 2020, I mailed, first class postage prepaid and/or emailed a copy of the foregoing Answer to Complaint to Tristan W. Gillespie, Esquire and Thomas B. Bacon, P.A., 5150 Cottage Farm Road, Johns Creek, GA 30022, Attorney for Plaintiff.

/s/   PETER A. PREVAS